# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| BRIAN KEITH WANNER, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 17-0526-TM-N |
| LIFE TECH TRANSITION FACILITY, | : | |
| Defendant. | : | |

## ORDER

In accordance with the order of the court entered on this date adopting the Recommendation of the Magistrate Judge, it is the **ORDER**, **JUDGMENT** and **DECREE** of the court that this case is **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 5th day of October, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE